UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TORIE D. JOHNSON

VERSUS

ELAYN HUNT CORRECTIONAL
CENTER (DEPARTMENT OF PUBLIC
SAFETY AND CORRECTIONS) AND
THE STATE OF LOUISIANA

CIVIL ACTION

NO.  13-260-SDD-RLB

## RULING AND ORDER OF REMAND

The Court, after carefully considering the *Petition*, the record, the law applicable to this action, and the *Report and Recommendation* of United States Magistrate Judge Richard L. Bourgeois, Jr. dated November 4, 2013, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, Plaintiff's *Motion to Remand*[1] is granted and this matter is hereby remanded to the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana.

Baton Rouge, Louisiana, December 2           , 2013.

*Shelly D. Dick*
SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Record Document 8

19th JDC